Elmo E. Koos, Plaintiff-Appellant, v. Pere Marquette Building Corporation, an Illinois Corporation, and Edwin A. Boss, Defendants-Appellees.

Gen. No. 66–26. (Abstract of Decision.)

Third District.

November 23, 1966.

Elmo E. Koos, pro se, of Peoria, appellant; Harry B. Hoffman and Kavanagh, Scully, Sudow & White, of Peoria, for appellees. Opinion by JUSTICE STOUDER. Not to be published in full.